

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00837-CV

**DRURY SOUTHWEST, INC.**,
Appellant

v.

**LOUIE LEDEAUX #1, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03926
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  July 2, 2014

VACATED AND REMANDED

This court's opinion issued in this appeal on October 30, 2013.  On May 7, 2014, this court denied the timely filed motion for rehearing and motion for reconsideration en banc; however, this court also granted an unopposed motion to modify our judgment, and an amended judgment was issued on May 7, 2014.  The parties have now filed an agreed motion to dismiss this appeal, stating the parties have settled their dispute.  The motion requests that this court set aside the trial court's judgment and remand the cause to the trial court for the entry of a judgment in accordance with the parties' settlement agreement.  The motion also requests that this court withdraw our opinion.

The motion is granted.  This court's opinion of October 30, 2013, and amended judgment of May 7, 2014 are withdrawn.  *See* TEX. R. APP. P. 42.1(c).  The judgment of the trial court is vacated, and the cause is remanded for the entry of a judgment in conformity with the parties' settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2; *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).  Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM